287 F.2d 885
 Joseph H. HOERN et al., Plaintiffs-Appellees,
v.
NEW BRITAIN MACHINE COMPANY, a Connecticut corporation, Defendant-Appellant.
 No. 14315.
 United States Court of Appeals Sixth Circuit.
 February 10, 1961.
 
 Appeal from the United States District Court for the Eastern District of Michigan, Northern Division, at Bay City; Frank A. Picard, Judge.
 Heilman & Purcell, Saginaw, Mich., for plaintiffs-appellees.
 Higgs & Higgs, Bay City, Mich., Mitchell & Bechert, New York City, for defendant-appellant.
 Before CECIL, WEICK and O'SULLIVAN, Circuit Judges.
 
 ORDER.
 
 1
 The motion to dismiss the appeal in the above case is hereby granted. Collier v. Picard, 6 Cir., 1956, 237 F.2d 234.